THOS. PENNY'S ADMR. *v.* W. W. PENNY'S ADMR. et al.

**Demurrer — Parties to Suit.**

A suit was filed, in the nature of a bill *quia timet,* for the purpose of
litigating the question of right to a debt collected by an administrator,
there being a dispute between the heirs of two estates as to which it
belonged. The administrator was the personal representative of one of
said estates and he joined the personal representative and heirs of the
other estate as defendants, all being alike interested. *Held:* That a de-
murrer thereto should not have been sustained.

APPEAL FROM ANDERSON CIRCUIT COURT.

June 30, 1867.

OPINION OF THE COURT BY JUDGE PETERS:

There is some contradiction between the original petition and
the amendment, resulting perhaps from a misunderstanding of
the facts, or unskillfulness, on the part of the attorney who drew
the original; but the amended petition was in the nature of a bill
*quia timet,* and was brought for the purpose of litigating the ques-
tion of right to the debt of $858.65 which the appellant, while ad-
ministrator of W. W. Penny, deceased, collected, but had not ac-
counted for in the settlement of the estate of the intestate, which
he had made, entertaining a doubt, as he did, whether the money
belonged to the estate of the intestate, W. W. Penny, or of the
estate of Thomas Penny, deceased, whose personal representative
he then was.

In order, therefore, to have the question properly and finally
adjudicated to which estate the fund belonged, the suit was brought
against the personal representative and heirs of W. W. Penny, all
being alike interested in a final adjustment of the question nec-
essary to settle the estates of said decedents, and the demurrer to
the petition was, therefore, improperly sustained. Wherefore, the
judgment is *reversed,* and the cause remanded with directions to
overrule the demurrer, and for further proceedings consistent with
this opinion.

*Kavanaugh,* for Appellant.

*Draffin,* for Appellee.